UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY LEE HELMS,            No. C 12-034 SI (pr)

    Plaintiff,             **ORDER OF DISMISSAL**

    v.

SANTA CLARA PUBLIC
DEFENDERS OFFICE; et al.,

                               /

Mail that was sent on May 16, 2012 to plaintiff at the county jail address he provided was returned to the court undelivered on May 30, 2012. Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: September 11, 2012                _____
                                                             SUSAN ILLSTON
                                                     United States District Judge