**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8   GARY LEE HELMS,                        No. C 12-034 SI (pr)

9            Plaintiff,                    **JUDGMENT**

10       v.

11  SANTA CLARA PUBLIC
    DEFENDERS OFFICE; et al.,
12
    _____/
13

14       This action is dismissed without prejudice because plaintiff failed to keep the court

15  informed of his address.

16

17       IT IS SO ORDERED AND ADJUDGED.

18

19  Dated: September 11, 2012          _____
                                              SUSAN ILLSTON
20                                        United States District Judge

21

22

23

24

25

26

27

28