1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   GARY LEE HELMS,                          No. C 12-034 SI (pr)

9           Plaintiff,                       **JUDGMENT**

10      v.

11  SANTA CLARA PUBLIC
    DEFENDERS OFFICE; et al.,
12
                                         /
13

14      This action is dismissed without prejudice because plaintiff failed to keep the court

15  informed of his address.

16

17      IT IS SO ORDERED AND ADJUDGED.

18

19  Dated: September 11, 2012          _____

20                                         SUSAN ILLSTON
                                       United States District Judge
21

22

23

24

25

26

27

28